

Brent COLBERT, on Behalf of
Himself and All Others
Similarly Situated

v.

DYMACOL, INC.; Intellirisk
Management Corp.,
Appellants

No. 01–4397.

United States Court of Appeals,
Third Circuit.

Oct. 3, 2002.

Before ROTH, RENDELL, and
ROSENN, Circuit Judges.

ORDER

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed August 28, 2002 and list the above for rehearing en banc at the convenience of the Court.

Gary E. GISBRECHT, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART,* Commissioner of the Social Security Administration, Defendant–Appellee.

---

* Jo Anne B. Barnhardt is substituted for her predecessor as Commissioner of the Social

Barbara A. Miller, Plaintiff–Appellant,

v.

Jo Anne B. Barnhart,* Commissioner of the Social Security Administration, Defendant–Appellee.

Nancy Sandine, Plaintiff–Appellant,

v.

Jo Anne B. Barnhart,* Commissioner of the Social Security Administration, Defendant–Appellee.

Donald L. Anderson, Plaintiff–
Appellant,

v.

Jo Anne B. Barnhart,* Commissioner of the Social Security Administration, Defendant–Appellee.

Nos. 99–35496, 99–35497, 99–
36038 and 99–36131.

United States Court of Appeals,
Ninth Circuit.

Sept. 24, 2002.

Ralph Wilborn, Ralph Wilborn & Etta L. Wilborn, Etta L. Wilborn, Tucson, AZ, for Plaintiff–Appellant.

Charlotte M. Connery–Aujla, Baltimore, MD, Lucille G. Meis, Seattle, WA, William W. Youngman, Portland, OR, for Defendant–Appellee.

Before: HALL, RYMER, and
GRABER, Circuit Judges.

ORDER

Defendant–Appellee's Motion to Reconsider is GRANTED. The order filed August 26, 2002, is vacated with respect to *Anderson v. Barnhart,* No. 99–36131, 2002

Security Administration. Fed. R.App. P. 43(c)(2).

WL 1963405, 300 F.3d 1158 (9th Cir. Aug. 26, 2002).

Daniel **HEIMMERMANN**, individually and on behalf of themselves and class described, Emily Heimmermann, individually and on behalf of themselves and a class described, Plaintiffs–Appellees,

v.

**FIRST UNION MORTGAGE CORPORATION**, Defendant–Appellant.

No. 99–14066.

United States Court of Appeals, Eleventh Circuit.

Sept. 18, 2002.